CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 3 1 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KIA NICOLE MANNING, | |
| Plaintiff, | Criminal Action No. 7:12cr42 |
| v. | **2255 FINAL ORDER** |
| UNITED STATES OF AMERICA, | By: Samuel G. Wilson<br>United States District Judge |
| Defendant. | |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Manning's motion for writ of habeas corpus pursuant to 28 U.S.C. § 2255 is **DENIED**, and this matter is **STRICKEN** from the court's active docket. Further, finding that Manning has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

ENTER: October 31, 2013.

_____
UNITED STATES DISTRICT JUDGE